# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## DOCKETING STATEMENT

**Administrative Agency Review/Enforcement Proceedings**

1. DOCKET NO.: 25-2130
2. DATE DOCKETED: 6/13/2025

3. CASE NAME (Lead Parties Only)

Constellation Energy Generation, LLC

Petitioner

v.

Federal Energy Regulatory Commission

Respondent

4. TYPE OF CASE:   Review ✓   Enforcement ☐

5. CASE INFORMATION:

   a. Identify agency whose order is to be reviewed: Federal Energy Regulatory Commission

   b. Give agency docket or docket number(s): ER25-682-000; ER25-682-002

   c. Give date(s) of order(s): 02/14/2025; 04/14/2025

   d. Is a request for rehearing or reconsideration pending at the agency? ☐ Yes  ✓ No

   e. Are any other cases involving the same underlying agency order pending in this Court or in any other court? ☐ Yes  ✓ No

   If Yes, identify name(s), docket number(s), and court(s):

   f. Are any other cases, to counsel's knowledge, pending before the agency, this Court or the Supreme Court which involve substantially the same issues as the instant case presents? ☐ Yes  ✓ No

   If Yes, give name(s) of these cases and identify court/agency:

Signature: /s/ Michael F. Williams     Date: June 27, 2025

Name of Counsel or Pro Se Litigant (Print): Michael F. Williams

Firm: KIRKLAND & ELLIS LLP     Phone: 202-389-5123

Address: 1301 Pennsylvania Ave., NW, Washington, D.C. 20004

Name of Party Represented: Constellation Energy Generation, LLC

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 10 days by letter specifically referring to the challenged statement.

Rev. 10/1/2013

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. 15(c), I hereby certify that I have on this 27th day of June, 2025, caused the foregoing Docketing Statement to be served on all parties to the proceedings before the Commission under Docket No. ER25-682-000 shown on the attached service list.

/s/ Michael F. Williams
Michael F. Williams

**SERVICE LIST FOR FERC DOCKET NO. ER25-682-000**

| Company | Contact name | Email |
|---|---|---|
| AES Clean Energy Development, LLC | Rahul Kalaskar<br>Director of Regulatory Affairs<br>AES Clean Energy Development, LLC<br>2180 S 1300 E, Suite 600<br>Salt Lake City, UT 84106 | rahul.kalaskar@aes.com |
| AES Clean Energy Development, LLC | Benjamin L. Tejblum<br>Chief Commercial Counsel<br>The AES Corporation<br>2180 S 1300 E, Suite 600<br>Salt Lake City, UT 84160 | be.tejblum@aes.com |
| Alpha Generation, LLC | Liam Baker<br>Senior Vice President Regulatory<br>Alpha Generation, LLC<br>300 Atlantic Street, 5th Floor<br>Stamford, CT 06901 | lbaker@alphagen.com |
| American Clean Power Association | Gabriel Tabak<br>Counsel<br>American Clean Power Association<br>1501 M Street, NW<br>Washington, DC 20005 | gtabak@cleanpower.org |
| American Electic Power Service Corporation | Jessica Cano<br>Senior Counsel<br>AEP Service Corporation<br>1 Riverside Plaza<br>Columbus, OH 43215 | jacano@aep.com |
| American Electic Power Service Corporation | Benjamine F. Greene, III<br>AEP Service Corporation<br>1 Riverside Plaza<br>Columbus, OH 43215 | bfgreene@aep.com |
| American Electic Power Service Corporation | Adam Hickman<br>AEP Service Corporation<br>1 Riverside Plaza<br>Columbus, OH 43215 | ajhickman@aep.com |
| American Electic Power Service Corporation | Takis Laios<br>Director, Transmission Asset<br>AEP Service Corporation<br>1 Riverside Plaza<br>Columbus, OH 43215 | tlaios@aep.com |
| American Electic Power Service Corporation | LaChon Turner<br>AEP Companies<br>801 Pennsylvania Ave, NW<br>Suite 735<br>Washington, DC 20004 | lturner@aep.com |
| American Municipal Power, Inc. | John E. McCaffrey<br>STINSON LLP<br>1775 Pennsylvania Ave., NW<br>Suite 800<br>Washington, DC 20006 | john.mccaffrey@stinson.com |
| American Municipal Power, Inc. | Lisa McAlister<br>Deputy General Counsel<br>American Municipal Power, Inc.<br>1111 Schrock Road<br>Suite 100<br>Columbus, OH 43229 | lmcalister@amppartners.org |
| American Municipal Power, Inc. | Gerit F. Hull<br>Deputy General Counsel - Regulatory<br>American Municipal Power, Inc.<br>1111 Schrock Road<br>Suite 100<br>Columbus, OH 43229 | ghull@amppartners.org |
| American Municipal Power, Inc. | Christopher J. Norton<br>Director of Market Regulatory<br>American Municipal Power, Inc.<br>1111 Schrock Road<br>Suite 100<br>Columbus, OH 43229 | cnorton@amppartners.org |

**SERVICE LIST FOR FERC DOCKET NO. ER25-682-000**

| Company | Contact name | Email |
|---|---|---|
| Avangrid Renewables, LLC | Kimberly Osborne<br>Legal Counsel<br>Avangrid Renewables, LLC<br>180 Marsh Hill Road<br>Orange, CT 06477 | kimberly.osborne@avangrid.com |
| Avangrid Renewables, LLC | Kevin Kilgallen<br>Director, Market Structure<br>Avangrid, Inc.<br>411 Oakland Drive<br>Downington, PA 19335 | kevin.kilgallen@avangrid.com |
| Avangrid Renewables, LLC | Julie Morris<br>Avangrid Renewables, LLC<br>2701 NW Vaughn Street<br>Suite 300<br>Portland, OR 97210 | julie.morris@avangrid.com |
| Boston Energy Trading and Marketing LLC | Michael Blasik<br>Diamond Generating Corporation<br>1 International Place<br>Suite 910<br>Boston, MA 02110 | m.blasik@dcg-us.com |
| Boston Energy Trading and Marketing LLC | Diane Janicki<br>500 West Madison<br>Chicago, IL 60661 | diane.janicki@betm.com |
| Brookfield Renewable Trading & Marketing LP | Nathalie Godard<br>Law Clerk<br>Brookfield Energy Marketing LP<br>41 Victoria Street<br>Gatineau, Quebec J8X2A1<br>Canada | nathalie.godard@brookfieldrenewable.com |
| Brookfield Renewable Trading & Marketing LP | Steve Kelly<br>Director<br>Brookfield Energy Marketing LP<br>3261 Arters Mill Road<br>Westminster, MD 21158 | stephen.kelly@brookfieldrenewable.com |
| Buckeye Power, Inc. | Lija Kaleps-Clark<br>Buckeye Power, Inc.<br>6677 Busch Blvd.<br>Columbus, OH 43229 | lkaleps@ohioec.org |
| Buckeye Power, Inc. | Kurt Helfrich<br>Buckeye Power, Inc.<br>6677 Busch Blvd.<br>Columbus, OH 43229 | khelfrich@ohioec.org |
| Calpine Corporation | Sarah Novosel<br>Senior VP, Assoc. Gen. Counsel<br>Calpine Corporation<br>717 Texas Avenue<br>Suite 1000<br>Houston, TX 77002 | snovosel@calpine.com |
| Calpine Corporation | Rachel Marsh<br>VP & Managing Counsel<br>Calpine Corporation<br>717 Texas Avenue<br>Suite 1000<br>Houston, TX 77002 | rachel.marsh@calpine.com |
| Calpine Corporation | David Scarpignato<br>Calpine Corporation<br>717 Texas Avenue<br>Suite 1000<br>Houston, TX 77002 | david.scarpignato@calpine.com |
| Constellation Energy Generation, LLC | Christopher Wilson<br>Director, Federal Regulatory Affairs<br>Constellation Energy Generation, LLC<br>101 Constitution Ave., NW<br>Suite 400E<br>Washington, DC 20001 | FERCe-filings1@constellation.com |

**SERVICE LIST FOR FERC DOCKET NO. ER25-682-000**

| Company | Contact name | Email |
|---|---|---|
| Constellation Energy Generation, LLC | Adrien Ford<br>Constellation Energy Commodities Group<br>344 Homestead Road<br>Wayne, PA 19087 | adrien.ford@constellation.com |
| Constellation Energy Generation, LLC | Carrie Allen<br>SVP & Deputy General Counsel<br>Constellation Energy Corporation<br>101 Constitution Ave., NW<br>Suite 400E<br>Washington, DC 20001 | carrie.allen@constellation.com |
| Constellation Energy Generation, LLC | John White<br>Constellation Energy Corporation<br>101 Constitution Ave., NW<br>Suite 400E<br>Washington, DC 20001 | john.white@constellation.com |
| Cordelio Services LLC | Gregory Jones<br>Paul Hastings LLP<br>2050 M. Street, NW<br>Washington, DC 20036 | gregoryjones@paulhastings.com |
| Cordelio Services LLC | Lily Hunter<br>Paul Hastings LLP<br>2050 M. Street, NW<br>Washington, DC 20036 | lilyhunter@paulhastings.com |
| Cordelio Services LLC | Sophia Farm<br>Paul Hastings LLP<br>2050 M. Street, NW<br>Washington, DC 20036 | sophiafarm@paulhastings.com |
| Crete Energy Venture, LLC; Lincoln Generating Facility, LLC | Cliff Sikora<br>Earthrise Energy, PBLLC<br>3033 Wilson Blvd.<br>Suite 700<br>Arlington, VA 22201 | cliffsikora@earthriseenergy.com |
| District of Columbia Office of the People's Counsel | Ankush Nayar<br>Assistant People's COunsel<br>655 15th Street, NW<br>Washington, DC 20005 | anayar@opc-dc.gov |
| Dominion Energy Services, Inc. | Wesley Walker<br>Senior Assistant General Counsel<br>Dominion Companies<br>PO Box 25615<br>Richmond, VA 23260-5615 | wesley.walker@dominionenergy.com |
| Dominion Energy Services, Inc. | James G. Davis<br>Regulatory & Marketing Policy<br>Dominion Energy & Dominion Generation<br>120 Tredegar Street<br>Richmond, VA 23219 | james.g.davis@dominionenergy.com |
| Duke Energy Business Services, LLC; Duke Energy Carolinas, LLC & Duke Energy Progress, LLC; Duke Energy Corporation; Duke Energy Indiana, LLC; Duke Energy Ohio, Inc. and Duke Energy Kentucky, Inc. | Molly Suda<br>Associate General Counsel<br>Duke Energy Corporation<br>1301 Pennsylvania Ave., NW<br>Suite 200<br>Washington, DC 20004 | molly.suda@duke-energy.com |
| Duquesne Light Company | Michael Brechlin<br>Duquesne Light Company<br>411 7th Avenue<br>Pittsburgh, PA 15219 | mbrechlin@duqlight.com |
| Duquesne Light Company | Tishekia E. Williams<br>Director of External Affairs<br>Duke Energy Carolinas, LLC & Duke Energy Progress, LLC<br>411 7th Avenue<br>Pittsburgh, PA 15219 | twilliams@duqlight.com |
| East Kentucky Power Cooperative, Inc. | Daniel Frank<br>Eversheds Sutherland LLP<br>700 Sixth Street, NW<br>Suite 700<br>Washington, DC 20001-3980 | danielfrank@eversheds-sutherland.com |

SERVICE LIST FOR FERC DOCKET NO. ER25-682-000

| Company | Contact name | Email |
|---|---|---|
| East Kentucky Power Cooperative, Inc. | Denise R. Foster Cronin<br>Vice President<br>East Kentucky Power Cooperative, Inc.<br>4775 Lexington Road<br>Lexington, KY 40392 | denise.cronin@ekpc.coop |
| Easton Utilities Commission; North Carolina Electric Membership Corporation | Randolph Elliott<br>McCarter & English LLP<br>1301 K Street, NW<br>Suite 1000 West<br>Washington, DC 20005 | relliott@mccarter.com |
| EDF Renewables, Inc | Michael Blackwell<br>Husch Blackwell LLP<br>10700 Valley Drive<br>Carmel, IN 46280 | michael.blackwell@huschblackwell.com |
| EDF Renewables, Inc | Linda L. Walsh<br>Husch Blackwell LLP<br>750 17th Street, NW<br>Washington, DC 200006 | linda.walsh@huschblackwell.com |
| EDF Renewables, Inc | Corban Coffman<br>Husch Blackwell LLP<br>1801 Pennsylvania Ave., NW<br>Suite 1000<br>Washington, DC 20006 | corban.coffman@huschblackwell.com |
| EDF Renewables, Inc | Emma Nix<br>Director, Transmission Policy<br>EDF Renewables Development, Inc.<br>2345 Bowen St<br>Longmont, Colorado 80501 | emma.nix@edf-re.com |
| EDF Renewables, Inc | Temujin J. Roach<br>Senior Director - Transmission<br>EDF Renewables, Inc.<br>3600 American Blvd., W, Suite 400<br>Minneapolis, Minnesota 55413 | temujin.roach@edf-re.com |
| EDF Renewables, Inc | Anton Ptak<br>Director, Transmission and Int<br>EDF Renewables, Inc.<br>3600 American Blvd W Ste 400<br>Bloomington, Minnesota 55431 | anton.ptak@edf-re.com |
| EDP Renewables North America LLC | Meredith Berger Chambers<br>Chief Legal Officer<br>EDP Renewables North America LLC<br>1501 McKinney Street<br>Houston, Texas 77010 | meredith.chambers@edp.com |
| Electric Power Supply Association | Nancy Bagot<br>Vice President<br>Electric Power Supply Association<br>1401 New York Ave NW Ste 950<br>Washington, DC 20005 | NancyB@epsa.org |
| Enel X North America, Inc. | Jonathan Gray<br>Enel North America, Inc.<br>525 NW 11th St Ste 204<br>Oklahoma City, Oklahoma 73103 | jonathan.gray@enel.com |
| Enel X North America, Inc. | Erin Donohue<br>100 Brickstone Square<br>Suite 300<br>Andover, Massachusetts 01810 | erin.donohue@enel.com |
| Enel X North America, Inc. | Mona Tierney-Lloyd<br>Head, Regulatory & Institution<br>Enel North America, Inc.<br>2071 Altair Ln<br>Reno, Nevada 89521 | mona.tierney-lloyd@enel.com |
| Exelon Corporation | Lisa Luftig<br>Assistant General Counsel<br>Exelon BSC-Legal Regulatory<br>701 Ninth Street, NW<br>Washington, DC 20001 | lisa.luftig@exeloncorp.com |

SERVICE LIST FOR FERC DOCKET NO. ER25-682-000

| Company | Contact name | Email |
|---|---|---|
| Exelon Corporation | Jordan Kwok<br>Director, Federal Regulatory Affairs<br>Exelon Business Services<br>701 9th St NW<br>Washington, DC 20001 | jordan.kwok@exeloncorp.com |
| Exelon Corporation | Alejandro Bautista<br>Assistant General Counsel<br>Exelon Business Services Company, LLC<br>2301 Market Street<br>Philadelphia, Pennsylvania 19101 | alejandro.bautista@exeloncorp.com |
| FirstEnergy Pennsylvania Electric Company; FirstEnergy Service Company; Jersey Central Power & Light Company; Monongahela Power Company; Ohio Edison Company | Morgan Parke<br>Associate General Counsel<br>FirstEnergy<br>76 South Main Street<br>Akron, Ohio 44308-1890 | mparke@firstenergycorp.com |
| FirstEnergy Pennsylvania Electric Company; FirstEnergy Service Company; Jersey Central Power & Light Company; Monongahela Power Company; Ohio Edison Company | Amanda P Parker<br>Attorney<br>FirstEnergy Service Company<br>76 South Main Street<br>Akron, Ohio 44308 | aparker@firstenergycorp.com |
| FirstEnergy Pennsylvania Electric Company; FirstEnergy Service Company; Jersey Central Power & Light Company; Monongahela Power Company; Ohio Edison Company | Laura M. DiNicola<br>Senior Market Policy Specialist<br>76 South Main St.<br>Akron, Ohio 44313 | ldinicola@firstenergycorp.com |
| First Energy Service Company; Jersey Central Power & Light Company; Monongahela Power Company; Ohio Edison Company | Olenger Pannell<br>Vice-President<br>FirstEnergy<br>76 S Main St<br>Akron, Ohio 44308 | pannello@firstenergycorp.com |
| Illinois Attorney General's Office; Maryland Office of People's Counsel; Maryland Office of People's Counsel; New Jersey Division of Rate Counsel | Peter Hopkins<br>Spiegel & McDiarmid LLP<br>1818 N Street, NW<br>8th Floor<br>Washington, DC 20036 | peter.hopkins@spiegelmcd.com |
| Illinois Attorney General's Office; Maryland Office of People's Counsel; New Jersey Division of Rate Counsel | E Service<br>Spiegel & McDiarmid LLP<br>1875 Eye St, NW<br>Suite 700<br>Washington, DC 20006 | eService@spiegelmcd.com |
| Illinois Attorney General's Office | Kimberly Janas<br>Illinois Attorney General's Office<br>115 S LaSalle St<br>Chicago, Illinois 60603 | kimberly.janas@ilag.gov |
| Illinois Attorney General's Office | Scott Metzger<br>Office of the Illinois Attorney General<br>115 S LaSalle St<br>25th Floor<br>Chicago, Illinois 60603 | scott.metzger@ilag.gov |
| Illinois Attorney General's Office | Susan L. Satter<br>Chief, Public Utilities Bureau<br>Illinois Attorney General's Office<br>115 S LaSalle St<br>Chicago, Illinois 60603 | susan.satter@ilag.gov |
| Illinois Citizens Utility Board | Eric DeBellis<br>Illinois Citizens Utility Board<br>309 W Washington St Ste 800<br>Chicago, Illinois 60606 | edebellis@citizensutilityboard.org |
| Illinois Citizens Utility Board | Clara Summers<br>Citizens Utility Board of Illinois<br>309 W Washington St Ste 800<br>Chicago, Illinois 60606 | csummers@citizensutilityboard.org |
| Illinois Commerce Commission | Christine Ericson<br>Special Assistant Attorney General<br>Illinois Commerce Commission<br>160 N. LaSalle St.<br>Suite C-800<br>Chicago, Illinois 60601 | Christine.Ericson@illinois.gov |

SERVICE LIST FOR FERC DOCKET NO. ER25-682-000

| Company | Contact name | Email |
|---|---|---|
| Illinois Commerce Commission | Elizabeth T Pearlman<br>Assistant Director<br>Illinois Commerce Commission<br>160 N LaSalle Street<br>Suite C-800<br>Chicago, Illinois 60601 | toba.pearlman@illinois.gov |
| Illinois Municipal Electric Agency | Troy Fodor<br>General Counsel<br>Illinois Municipal Electric Agency<br>3400 Conifer Drive<br>Springfield, Illinois 62711 | tfodor@imea.org |
| Illinois Municipal Electric Agency | Daniel Chung<br>Staff Attorney<br>Illinois Municipal Electric Agency<br>3400 Conifer Dr<br>Springfield, Illinois 62711 | dchung@imea.org |
| Indiana Office of Utility Consumer Counselor | Arthur Iler<br>Deputy Consumer Counsel<br>Indiana Office of Utility Consumer Counselor<br>115 W Washington St<br>Ste 1500 South<br>Indianapolis, Indiana 46204 | ailer@oucc.in.gov |
| Indiana Office of Utility Consumer Counselor | Scott Jones<br>Indiana Office of the Utility Consumer Counselor<br>115 West Washington St. Ste 1500 South<br>Indianapolis, Indiana 46204 | sjones1@oucc.in.gov |
| Invenergy Thermal LLC | Tyler O'Connor<br>Partner<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | toconnor@crowell.com |
| Invenergy Thermal LLC | Nicole Luckey<br>Senior Vice President<br>Invenergy LLC<br>1 S Wacker Dr Ste 1800<br>Chicago, Illinois 60606 | nluckey@invenergy.com |
| Invenergy Thermal LLC | Ruta Skucas<br>Partner<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | rskucas@crowell.com |
| Invenergy Thermal LLC | William Borders<br>Chief Compliance Officer<br>Invenergy LLC<br>One South Wacker Drive<br>Suite 1500<br>Chicago, Illinois 60606 | ferccompliance@invenergy.com |
| Lightsource Renewable Energy Operations, LLC | Bruce Grabow<br>Sheppard Mullin Richter & Hampton LLP<br>2099 Pennsylvania Avenue, NW<br>Suite 100<br>Washington, DC 20006-6801 | bgrabow@sheppardmullin.com |
| LS Power Development, LLC | Marjorie Philips<br>VP, Wholesale Market Policy<br>LS Power Associates, L.P.<br>1700 Broadway, 38th Floor<br>New York, NY 10019 | mphilips@lspower.com |
| LS Power Development, LLC | Tom Hoatson<br>1 Tower Center<br>East Brunswick, New Jersey 08816 | thoatson@lspower.com |
| LS Power Development, LLC | Daniel Pierpont<br>LS Power Development, LLC<br>87 Mclains Woods Rd<br>Groton, Massachusetts 01450 | dpierpont@lspower.com |

SERVICE LIST FOR FERC DOCKET NO. ER25-682-000

| Company | Contact name | Email |
|---|---|---|
| Maryland Office of People's Counsel | Jonah Baskin<br>Maryland Office of People's Counsel<br>6 St. Paul Street<br>Suite 2102<br>Baltimore, Maryland 21202 | jonah.baskin@maryland.gov |
| Maryland Office of People's Counsel | William F. Fields<br>Deputy People's Counsel<br>6 Saint Paul St Ste 2102<br>Baltimore, Maryland 21202 | william.fields@maryland.gov |
| Maryland Office of People's Counsel | Philip L. Sussler<br>Assistant People's Counsel<br>Maryland Office of People's Counsel<br>6 Saint Paul St Ste 2102<br>Baltimore, Maryland 21202 | philip.sussler@maryland.gov |
| Maryland Office of People's Counsel; New Jersey Division of Rate Counsel | Scott Strauss<br>1818 N Street, NW<br>8th Floor<br>Washington, DC 20036 | Scott.Strauss@spiegelmcd.com |
| Maryland Office of People's Counsel; New Jersey Division of Rate Counsel | Jeffrey Schwarz<br>1818 N Street, NW<br>8th Floor<br>Washington, DC 20036 | jeffrey.schwarz@spiegelmcd.com |
| Maryland Public Service Commission | Miles Mitchell<br>General Counsel<br>Maryland Public Service Commission<br>6 St. Paul Street<br>16th Floor, William Donald Schaefer Tower<br>Baltimore, Maryland 21202 | miles.mitchell@maryland.gov |
| Maryland Public Service Commission | Morris Schreim<br>6 St. Paul Street<br>Baltimore, Maryland 21202 | morris.schreim@maryland.gov |
| Maryland Public Service Commission | Ransom E Davis, Esq<br>Associate General Counsel<br>Maryland Public Service Commission<br>6 St. Paul Street<br>16th Floor<br>Baltimore, Maryland 21202 | Ransom.Davis@Maryland.gov |
| Mid-Atlantic Renewable Energy Coalition | Sari Fink<br>Mid-Atlantic Renewable Energy Coalition<br>7161 Ohio Ave<br>Hanover, Maryland 21076 | sfink@marec.us |
| Monitoring Analytics, LLC | Jeffrey Mayes<br>General Counsel<br>Monitoring Analytics, LLC<br>2621 Van Buren Avenue, Suite 160<br>Valley Forge Corporate Center<br>Eagleville, Pennsylvania 19403 | jeffrey.mayes@monitoringanalytics.com |
| Monitoring Analytics, LLC | Suzette N Krausen<br>Executive Assistant<br>Monitoring Analytics, LLC<br>2621 Van Buren Ave Ste 160<br>Norristown, Pennsylvania 19403 | Suzette.Krausen@monitoringanalytics.com |
| Monitoring Analytics, LLC | Joseph Bowring<br>Monitoring Analytics, LLC<br>2621 Van Buren Avenue, Suite 160<br>Norristown, Pennsylvania 19403 | Joseph.Bowring@monitoringanalytics.com |
| National Hydropower Association | Connor Nelson<br>National Hydropower Association<br>National Hydropower Association<br>200 Massachusetts Ave NW<br>Washington, DC 20001 | connor@hydro.org |
| National Hydropower Association | Michael Purdie<br>National Hydropower Association<br>601 New Jersey Ave NW Ste 660<br>Washington, DC 20001 | michael@hydro.org |

**SERVICE LIST FOR FERC DOCKET NO. ER25-682-000**

| Company | Contact name | Email |
|---|---|---|
| National Resource Defense Council | Tom Rutigliano<br>Sr. Advocate<br>NRDC/FERC Project<br>1124 15th St. NW<br>Suite 300<br>Washington, DC 20005 | trutigliano@nrdc.org |
| New Jersey Board of Public Utilities | Andrea Sarmentero Garzon<br>Duncan, Weinberg, Genzer & Pembroke, P.C.<br>1667 K St NW Ste 700<br>Washington, DC 20006 | asg@dwgp.com |
| New Jersey Board of Public Utilities | Steven A Chaplar<br>Deputy Attorney General<br>State of New Jersey, Law & Public Safety, Law<br>PO Box 112<br>R.J. Hughes Justice Complex<br>Trenton, New Jersey 08625 | steven.chaplar@law.njoag.gov |
| New Jersey Board of Public Utilities | Nina Wu<br>Duncan, Weinberg, Genzer & Pembroke, P.C.<br>1667 K St, NW<br>Suite 700<br>Washington, DC 20006 | nzw@dwgp.com |
| New Jersey Board of Public Utilities | Jordan Mitchell<br>Deputy Attorney General<br>State of New Jersey, Law & Public Safety, Law<br>PO Box 112<br>R.J. Hughes Justice Complex<br>Trenton, New Jersey 08625 | jordan.mitchell@law.njoag.gov |
| New Jersey Board of Public Utilities | Gelane Diamond<br>1667 K Street, NW<br>Suite 700<br>Washington, DC 20006 | gld@dwgp.com |
| New Jersey Board of Public Utilities | Jack A. Ventura<br>PO Box 112<br>Trenton, New Jersey 08625 | jack.ventura@law.njoag.gov |
| New Jersey Board of Public Utilities | Robert Brabston<br>Executive Director<br>Board of Public Utilities<br>44 S Clinton Ave<br>Trenton, New Jersey 08609 | robert.brabston@bpu.nj.gov |
| New Jersey Board of Public Utilities | Laura Storino<br>Manager<br>New Jersey Board of Public Utilities<br>44 South Clinton Avenue<br>Trenton, New Jersey 08625 | laura.storino@bpu.nj.gov |
| New Jersey Board of Public Utilities | Ian Oxenham, Esq<br>New Jersey Board of Public Utilities<br>44 S Clinton Ave Fl 10<br>Trenton, New Jersey 08609 | Ian.Oxenham@bpu.nj.gov |
| New Jersey Board of Public Utilities | Ryann Reagan<br>Aide to the Commissioner<br>New Jersey Board of Public Utilities<br>44 S Clinton Ave<br>Trenton, New Jersey 08638 | ryann.reagan@bpu.nj.gov |
| New Jersey Board of Public Utilities | Amanda Lescano<br>New Jersey Board of Public Utilities<br>44 S Clinton Ave<br>Trenton, New Jersey 08609 | amanda.lescano@bpu.nj.gov |
| New Jersey Division of Rate Counsel | Robert Glover<br>New Jersey Division of Rate Counsel<br>PO Box 003<br>Trenton, New Jersey 08625 | rglover@rpa.nj.gov |

**SERVICE LIST FOR FERC DOCKET NO. ER25-682-000**

| Company | Contact name | Email |
|---|---|---|
| New Jersey Division of Rate Counsel | Brian O Lipman<br>Acting Director<br>New Jersey Division of Rate Counsel<br>140 East Front Street<br>4th Floor<br>Trenton, New Jersey 08625 | blipman@rpa.nj.gov |
| New Jersey Division of Rate Counsel | T. David Wand<br>Division of Rate Counsel<br>New Jersey Division of Rate Counsel<br>140 E. Front St.<br>4th Flr.<br>Trenton, New Jersey 08625 | dwand@rpa.nj.gov |
| New Jersey Division of Rate Counsel | Debora Layugan<br>New Jersey Division of Rate Counsel<br>PO Box 003<br>Trenton, New Jersey 08625 | dlayugan@rpa.nj.gov |
| Newark Energy Center, LLC | Michael Yuffee<br>Baker Botts L.L.P.<br>700 K Street NW<br>Washington, DC 20001 | michael.yuffee@bakerbotts.com |
| Newark Energy Center, LLC | Avery Walke<br>700 K Street NW<br>Washington, DC 20001 | avery.walke@bakerbotts.com |
| Newark Energy Center, LLC | Mike Poray<br>Hartree Partners, LP<br>955 Delancey St.<br>Newark, New Jersey 07105 | mporay@hartreepartners.com |
| NextEra Energy Resources, LLC | Elizabeth Ramey<br>Senior Attorney<br>801 Pennsylvania Ave NW Ste 220<br>Washington, DC 20004 | elizabeth.ramey@nexteraenergy.com |
| North Carolina Electric Membership Corporation | Michael D. Youth<br>Associate General Counsel<br>NCEMC<br>3400 Sumner Blvd<br>Raleigh, North Carolina 27616 | michael.youth@ncemcs.com |
| North Carolina Electric Membership Corporation | Sean Beeny<br>McCarter & English, LLP<br>1301 K Street, NW<br>Suite 1000 West<br>Washington, DC 20005 | sbeeny@mccarter.com |
| North Carolina Electric Membership Corporation | Charles Bayless<br>General Counsel<br>North Carolina Electric Membership Corporation<br>3400 Sumner Blvd<br>Raleigh, North Carolina 27616 | charlie.bayless@ncemcs.com |
| North Carolina Electric Membership Corporation | F. Alvin Taylor<br>Attorney<br>McCarter & English, LLP<br>1301 K Street, NW<br>Suite 1000 West<br>Washington, DC 20005 | ataylor@mccarter.com |
| Northern Virginia Electric Cooperative, Inc. | Alan Robbins<br>Partner<br>Washington Energy Law LLP<br>900 17th St NW Ste 500-A<br>Washington, DC 20006 | arobbins@washingtonenergylaw.com |
| Northern Virginia Electric Cooperative, Inc. | Patrick Toulme<br>Northern Virginia Electric Cooperative, Inc.<br>10323 Lomond Drive<br>Manassas, Virginia 20109 | ptoulme@novec.com |
| Northern Virginia Electric Cooperative, Inc. | Debra Roby<br>Partner<br>Washington Energy Law LLP<br>900 17th St NW Ste 500-A<br>Washington, DC 20006 | droby@washingtonenergylaw.com |

**SERVICE LIST FOR FERC DOCKET NO. ER25-682-000**

| Company | Contact name | Email |
|---|---|---|
| Northern Virginia Electric Cooperative, Inc. | Thomas Steiger<br>Associate<br>Washington Energy Law LLP<br>900 17th St NW Ste 500-A NW<br>Washington, DC 20006 | tsteiger@washingtonenergylaw.com |
| Office of the Ohio Consumers' Counsel | Denise Goulet<br>Partner<br>McCarter & English, LLP<br>1301 K St NW<br>Suite 1000 West<br>Washington, DC 20005 | dgoulet@mccarter.com |
| Office of the Ohio Consumers' Counsel | Angela O'Brien<br>Deputy Consumers' Counsel<br>Office of the Ohio Consumers' Counsel<br>65 E State St Ste 700<br>Office of the Ohio Consumers' Counsel<br>Columbus, Ohio 43215 | angela.obrien@occ.ohio.gov |
| Ohio Federal Energy Advocate | Thomas Lindgren<br>Assistant Attorney General<br>Public Utilities Commission of Ohio<br>30 East Broad Street<br>16th Floor<br>Columbus, Ohio 43215-3793 | thomas.lindgren@ohioattorneygeneral.gov |
| Ohio Federal Energy Advocate | Sarah Parrot<br>Federal Energy Advocate<br>Public Utilities Commission of Ohio<br>180 E Broad St<br>Columbus, Ohio 43215 | sarah.parrot@puco.ohio.gov |
| Old Dominion Electric Cooperative | Adrienne Clair<br>Attorney<br>Thompson Coburn LLP<br>1909 K Street NW<br>Suite 600<br>Washington, DC 20006 | aclair@thompsoncoburn.com |
| Old Dominion Electric Cooperative | Jenna E. Cliatt<br>Attorney<br>Thompson Coburn LLP<br>1909 K Street NW<br>Suite 600<br>Washington, DC 20006 | jcliatt@thompsoncoburn.com |
| Onward Energy Holdings, LLC | Joseph Fagan<br>Partner<br>Day Pitney LLP<br>555 11th Street NW<br>Suite 403<br>Washington, DC 20004 | jfagan@daypitney.com |
| Onward Energy Holdings, LLC | Rob E. Witwer<br>Senior Vice President<br>Onward Energy Holdings, LLC<br>600 17th St Ste 2400S<br>Denver, Colorado 80202 | Rob.Witwer@OnwardEnergy.Com |
| Onward Energy Holdings, LLC | Margaret Czepiel<br>Day Pitney LLP<br>555 11th Street NW<br>Suite 403<br>Washington, DC 20004 | mczepiel@daypitney.com |
| Onward Energy Holdings, LLC | Courtney J. Krause<br>Onward Energy Holdings, LLC<br>600 17th St Ste 2400S<br>Denver, Colorado 80202 | Courtney.krause@onwardenergy.com |
| Pennsylvania Public Utility Commission | Elizabeth Barnes<br>Deputy Chief Counsel<br>Pennsylvania Public Utility Commission<br>PO Box 3265<br>Harrisburg, Pennsylvania 17105 | ebarnes@pa.gov |

SERVICE LIST FOR FERC DOCKET NO. ER25-682-000

| Company | Contact name | Email |
|---|---|---|
| Pennsylvania Public Utility Commission | Kriss E. Brown, Esq<br>Deputy Chief Counsel<br>Pennsylvania Public Utility Commission<br>PO Box 3265<br>Harrisburg, Pennsylvania 17105-3265 | kribrown@pa.gov |
| Pennsylvania Public Utility Commission | Tiffany Tran<br>Assistant Counsel<br>Pennsylvania Public Utility Commission<br>PO Box 3265<br>Harrisburg, Pennsylvania 17105 | tiftran@pa.gov |
| PJM Industrial Customer Coalition | Lauren Huff<br>Paralegal<br>McNees Wallace & Nurick LLC<br>100 Pine Street<br>PO Box 1166<br>Harrisburg, Pennsylvania 17108 | lhuff@mwn.com |
| PJM Industrial Customer Coalition | Kenneth R Stark<br>McNees Wallace & Nurick LLC<br>100 Pine St<br>Harrisburg, Pennsylvania 17101 | kstark@mcneeslaw.com |
| PJM Industrial Customer Coalition | Robert Weishaar<br>McNees Wallace & Nurick LLC<br>1200 G Street, NW<br>Suite 800<br>Washington, DC 20005 | bweishaar@mcneeslaw.com |
| PJM Industrial Customer Coalition | Susan E Bruce<br>McNees Wallace & Nurick LLC<br>PO Box 1166<br>Harrisburg, Pennsylvania 17101 | sbruce@mcneeslaw.com |
| PJM Industrial Customer Coalition | David S. Mabry<br>McNees Wallace & Nurick LLC<br>100 Pine Street<br>Harrisburg, Pennsylvania 17101 | dmabry@mwn.com |
| PJM Interconnection, L.L.C. | Allison Hall<br>Paralegal<br>Wright & Talisman, P.C.<br>1200 G St NW Ste 600<br>Washington, DC 20005 | hall@wrightlaw.com |
| PJM Interconnection, L.L.C. | Dennis J Hough, JR<br>Assistant General Counsel<br>2750 Monroe Blvd<br>PJM Interconnection, L.L.C.<br>Audubon, Pennsylvania 19403 | dennis.hough@pjm.com |
| PJM Interconnection, L.L.C. | Craig Glazer<br>VP, Federal Gov't Policy<br>1200 G Street, NW<br>Suite 600<br>Washington, DC 20005 | craig.glazer@pjm.com |
| PJM Interconnection, L.L.C. | Chenchao Lu<br>Associate General Counsel<br>2750 Monroe Blvd.<br>Norristown, Pennsylvania 19403 | chenchao.lu@pjm.com |
| PJM Interconnection, L.L.C. | Daniel Vinnik<br>Counsel<br>2750 Monroe Blvd.<br>Audubon, Pennsylvania 19403 | Daniel.Vinnik@pjm.com |
| PJM Interconnection, L.L.C. | Ryan Collins<br>Attorney<br>1200 G Street, NW Suite 600<br>Washington, DC 20005 | collins@wrightlaw.com |
| PJM Interconnection, L.L.C. | Vivian Chum<br>Attorney<br>Wright & Talisman<br>1200 G St NW<br>Washington, DC 20005 | chum@wrightlaw.com |

**SERVICE LIST FOR FERC DOCKET NO. ER25-682-000**

| Company | Contact name | Email |
|---|---|---|
| PJM Power Providers Group | Glen Thomas<br>101 Lindenwood Drive<br>Suite 225<br>Malvern, Pennsylvania 19355 | gthomas@gtpowergroup.com |
| PJM Power Providers Group | Diane L. Slifer<br>101 Lindenwood Dr Ste 225<br>Malvern, Pennsylvania 19355 | dslifer@gtpowergroup.com |
| PJM Power Providers Group | Laura Chappelle<br>6688 Forest Beach Dr<br>Holland, Michigan 49423 | laurac@chappelleconsulting.net |
| PPL Electric Utilities Corporation | Steven Nadel<br>PPL Services Corporation<br>645 Hamilton St Ste 700<br>Allentown, Pennsylvania 18101 | SMNadel@pplweb.com |
| PSEG Energy Resources & Trade LLC; Public Service Electric and Gas Company; | Viet Ngo<br>601 New Jersey Ave, NW<br>Suite 310<br>Washington, DC 20001 | Viet.Ngo@pseg.com |
| PSEG Energy Resources & Trade LLC; Public Service Electric and Gas Company | Robert E. Gardinor<br>Paralegal<br>PSEG Services Corporation<br>80 Park Plaza, T5<br>Newark, NJ 07102 | Robert.Gardinor@pseg.com |
| PUBLIC CITIZEN, INC | Tyson Slocum<br>215 PENNSYLVANIA AVE SE<br>Washington, DC 20003 | tslocum@citizen.org |
| Rev Renewables, LLC | Renae Steichen<br>2121 N CA BLVD STE 1000<br>WALNUT CREEK, CA 94596 | rsteichen@revrenewables.com |
| Rev Renewables, LLC | David Sass<br>Rev Renewables Ops, LLC<br>212 CARNEGIE CTR STE 208<br>PRINCETON, NJ 08540 | dsass@revrenewables.com |
| Rockland Electric Company | Paul Savage<br>Consolidated Edison Development, Inc.<br>4 Irving Place<br>New York, NY 10003 | savagep@coned.com |
| Rockland Electric Company | Dana Lazarus Director<br>Con Edison Company of New York<br>4 Irving Place<br>New York, NY 10003 | lazarusd@coned.com |
| Rockland Electric Company | Margaret (Meg) Tubridy Project Manager<br>Consolidated Edison Company of New York<br>4 Irving Place<br>New York, NY 10003 | tubridym@coned.com |
| Rockland Electric Company | Kacie Rettig<br>Con Edison Company of New York<br>4 IRVING PL<br>New York, NY 10003 | rettigk@coned.com |
| RWE Clean Energy, LLC | Paul Varnado<br>353 N. Clark Street<br>30th Floor<br>Chicago, IL 60654 | paul.varnado@rwe.com |
| Shell Energy North America (US), L.P. | Sean Chang<br>1000 MAIN ST<br>HOUSTON, TX 77002 | sean.chang@shell.com |
| Shell Energy North America (US), L.P. | Matthew J. Picardi, ESQ<br>36 Pinewood Ave.<br>Saratoga Springs, NY 12866 | Matthew.Picardi@shell.com |
| Sierra Club | Justin Vickers<br>Environmental Law Program<br>1229 W. Glenlake Ave.<br>Chicago, IL 60660 | justin.vickers@sierraclub.org |
| Solar Energy Industries Association | Melissa Alfano<br>1425 K Street, N.W., Suite 1000<br>Washington, DC 20005 | malfano@seia.org |

SERVICE LIST FOR FERC DOCKET NO. ER25-682-000

| Company | Contact name | Email |
|---|---|---|
| Solar Energy Industries Association | Ben Norris<br>1425 K St NW<br>Washington, DC 20005 | bnorris@seia .org |
| Solar Energy Industries Association | Steven Shparber<br>Mintz, Levin, Cohn, Ferris, Glavsky and Popeo, P.C.<br>555 12TH ST NW STE 1100<br>Washington, DC 20004 | sshparber@mintz.com |
| Solar Energy Industries Association | Omar Bustami<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>3580 Carmel Mountain Road<br>Suite 300<br>San Diego, CA 92130 | OBustami@mintz.com |
| Southern Maryland Electric Cooperative, Inc. | Damon Krieger<br>15035 Burnt Store Road<br>P.O. Box 1937<br>Hughesville, MD 20637-1937 | Damon.Krieger@SMECO.coop |
| Southern Maryland Electric Cooperative, Inc. | John Rohrbach<br>ACES POWER MARKETING<br>4140 W 99TH ST<br>CARMEL, INDIANA 46032 | JRohrbach@acespower.com |
| Southern Maryland Electric Cooperative, Inc. | Eugene Bradford<br>15035 Burnt Store Rd.<br>Hughesville, MD 20637 | Eugene.Bradford@smeco.coop |
| Steel Producers | Damon Xenopoulos<br>Stone Mattheis Xenopoulos & Brew, PC<br>1025 THOMAS JEFFERSON ST NW<br>Washington, DC 20007 | dex@smxblaw.com |
| Steel Producers | Laura W Baker<br>Stone Mattheis Xenopoulos & Brew, P.C.<br>1025 Thomas Jefferson St NW<br>Suite 800 West<br>Washington, DC 20007 | lwb@smxblaw.com |
| Steel Producers | Joseph R. Briscar<br>Stone Mattheis Xenopoulos & Brew, PC<br>1025 Thomas Jefferson Street N.W<br>Suite 800 West<br>Washington, DC 20007 | jrb@smxblaw.com |
| Sustainable FERC Project | Tom Rutigliano<br>NRDC/FERC Project<br>1124 15th St. NW<br>Suite 300<br>Washington, DC 20005 | trutigliano@nrdc.org |
| Talen Energy Corporation | Jennifer Mansh<br>600 Hamilton Street<br>Suite 600<br>Allentown, PA 18101 | Jennifer.Mansh@talenenergy.com |
| Talen Energy Corporation | Jacqueline Fleming<br>600 Hamilton Street, Suite 600<br>Allentown, PA 18101 | jacqueline.fIeming@taIenenergy.com |
| Talen Energy Corporation | Darsh Singh Talen Energy<br>600 Hamilton Street<br>#600<br>Allentown, PA 18101 | darsh.singh@taIenenergy.com |
| The Cleveland Electric Illuminating Company; The Potomac Edison Company; The Toledo Edison Company | Morgan Parke<br>FirstEnergy<br>76 South Main Street<br>Akron, OH 44308-1890 | mparke@firstenergycorp.com |
| The Cleveland Electric Illuminating Company; The Potomac Edison Company; The Toledo Edison Company | Amanda P Parker Attorney<br>FirstEnergy Service Company<br>76 South Main Street<br>Akron, OH 44308 | aparker@firstenergycarp.com |
| The Cleveland Electric Illuminating Company; The Potomac Edison Company; The Toledo Edison Company | Laura M DiNicola<br>76 South Main St.<br>Akron, OH 44313 | IdinicoIa@firstenergycarp.cam |

**SERVICE LIST FOR FERC DOCKET NO. ER25-682-000**

| Company | Contact name | Email |
|---|---|---|
| The Cleveland Electric Illuminating Company; The Potomac Edison Company; The Toledo Edison Company | Olenger Pannell<br>FirstEnergy<br>76 S MAIN ST<br>AKRON, OH 44308 | pannello@firstenergycorp.com |
| UNION OF CONCERNED SCIENTISTS | Michael Jacobs<br>2 BRITTLE SQ<br>CAMBRIDGE, MA 02138 | mjacobs@ucsusa.org |
| VC Renewables LLC; Vitol Inc. | Averill Conn<br>Vitol Inc.<br>2925 Richmond Ave.<br>11th Floor<br>HOUSTON, TX 77098 | acn@VitoI.com |
| VC Renewables LLC; Vitol Inc. | Jason C Barker<br>Vitol Inc.<br>931 Metfield Rd<br>Towson, MD 21286 | bja@vcrenewables.com |
| VC Renewables LLC; Vitol Inc. | Seth Cochran<br>Vitol Inc.<br>2925 RICHMOND AVE<br>HOUSTON, TX 77098 | sco@vitol.com |
| VC Renewables LLC; Vitol Inc. | Kenneth Irvin<br>Sidley Austin LLP<br>1501 K ST NW<br>Washington, DC 20005 | kirvin@sidley.com |
| VC Renewables LLC; Vitol Inc. | Terence Healey<br>Sidley Austin LLP Sidley Austin LLP<br>1501 K Street NW<br>Washington, DC 20005 | thealey@sidley.com |
| VC Renewables LLC; Vitol Inc. | Casey Khan<br>Sidley Austin LLP<br>1501 K Street NW<br>Washington, DC 20005 | ckhan@sidley.com |
| VC Renewables LLC; Vitol Inc. | Matthew Cahill<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, DC 20005 | matthew.cahiII@sidIey.com |
| Vistra Corporation | John Estes<br>Jenner & Block LLP<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001 | jestes@jenner.com |
| Vistra Corporation | Anand Viswanathan<br>Jenner & Block LLP<br>1099 New York Ave., NW, Ste. 900<br>Washington, DC 20001 | AViswanathan@jenner.com |
| Vistra Corporation | Andrew Weinstein<br>325 7th Street, NW<br>Washington, DC 20004 | andrew.weinstein@vistracorp.com |
| Vistra Corporation | James Quinn<br>325 7th St NW Suite 520<br>Washington, DC 20004 | arnie.quinn@vistraenergy.com |
| Vistra Corporation | Jessica H. Miller<br>Vistra Corp.<br>1005 Congress Ave.<br>Suite 750<br>Austin, TX 78701 | VistraFERC@vistracorp.com |