**IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| Constellation Energy Generation, LLC, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 25-2130 |
| Federal Energy Regulatory Commission, | ) | |
| Respondent. | ) | |

**MOTION FOR LEAVE TO INTERVENE OF
PJM INTERCONNECTION, L.L.C.**

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure, PJM Interconnection, L.L.C. ("PJM") hereby moves for leave to intervene in support of Respondent Federal Energy Regulatory Commission ("FERC"), in the above-captioned review proceeding. On June 13, 2025, Constellation Energy Generation, LLC filed a petition for review of the following order and notice issued by FERC:

1. *PJM Interconnection, L.L.C.*, Order Accepting Tariff Revisions Subject to Condition, Docket No. ER25-682-000, 190 FERC ¶ 61,088 (Feb. 14, 2025); and

2. *PJM Interconnection, L.L.C.*, Notice of Denial of Rehearing, Docket No. ER25-682-002, 191 FERC ¶ 62,035 (Apr. 14, 2025).

PJM is the regional transmission organization ("RTO") for all or portions of Delaware, the District of Columbia, Illinois, Indiana, Kentucky, Maryland, Michigan, New Jersey, North Carolina, Ohio, Pennsylvania, Tennessee, Virginia, and West Virginia. PJM is authorized by Respondent FERC to administer an Open Access Transmission Tariff ("Tariff"), provide transmission service under the Tariff

on the electric transmission facilities under PJM's operational control, operate an energy and other markets, and otherwise conduct the day-to-day operations of the bulk power system of a multi-state electric control area. PJM was approved by FERC first as an independent system operator, *Pennsylvania-New Jersey-Maryland Interconnection*, 81 FERC ¶ 61,257 (1997), *reh'g denied*, 92 FERC ¶ 61,282 (2000), *modified sub nom. Atl. City Elec. Co. v. FERC*, 295 F.3d 1 (D.C. Cir. 2002), and then as an RTO, *PJM Interconnection, L.L.C.*, 101 FERC ¶ 61,345 (2002).

The proceeding below concerns a filing submitted by PJM under section 205 of the Federal Power Act, 16 U.S.C. § 824d, to amend PJM's capacity market rules contained in the Tariff, including amendments regarding the consideration of resources retained by PJM for transmission reliability purposes pursuant to a cost of service agreement. PJM was the applicant and active participant in all phases of the FERC proceeding. As the named filing party in the underlying FERC proceedings, and as the entity responsible for administering the capacity market in the PJM region pursuant to the Tariff-stated rules, PJM has a direct and substantial interest in these cases that no other party can adequately represent.

This motion for intervention is timely because it is submitted within thirty days of the filing of the Petition for Review in this case, which occurred on June 13, 2025. *See* Fed. R. App. P. 15(d). PJM seeks an order that will permit it to participate

in this proceeding with full rights as an intervenor party in support of Respondent FERC.

WHEREFORE, PJM respectfully requests that it be granted leave to intervene in this proceeding.

Respectfully submitted,

*/s/ Ryan J. Collins*
Ryan J. Collins
Vivian W. Chum
Wright & Talisman, P.C.
1200 G Street N.W., Suite 600
Washington, DC  20005-3898
(202) 393-1200
collins@wrightlaw.com

***Attorneys for***
***PJM Interconnection, L.L.C.***

Dated:  July 11, 2025

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | |
|---|---|
| Constellation Energy Generation, LLC,<br>     Petitioner,<br>       v.<br>Federal Energy Regulatory Commission,<br>     Respondent. | )<br>)<br>)  No. 25-2130<br>)<br>) |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Rules 27(d)(2), 32(c)(1), and 32(g)(1) of the Federal Rules of Appellate Procedure, the undersigned certifies that the foregoing motion complies with the applicable type-volume limitations. The motion was prepared using a proportionally spaced type (Times New Roman, 14 point) and contains 426 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f). This certificate was prepared in reliance on the word-count function of the word-processing system (Microsoft Word 2016) used to prepare the motion.

            Respectfully submitted,

            */s/ Ryan J. Collins*
            Ryan J. Collins
            Wright & Talisman, P.C.
            1200 G Street N.W., Suite 600
            Washington, D.C. 20005
            (202) 393-1200

            ***Attorney for
            PJM Interconnection, L.L.C.***

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| Constellation Energy Generation, LLC, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 25-2130 |
| Federal Energy Regulatory Commission, | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that I have this 11th day of July 2025, served the foregoing motion via the CM/ECF system. I certify that service for participants in the case that are registered CM/ECF users will be accomplished by the CM/ECF system and those who are not registered will be served via U.S. Mail as listed below:

Debbie-Anne A. Reese
Federal Energy Regulatory Commission
888 1st Street NE
Washington, DC 20426

Respectfully submitted,

*/s/ Ryan J. Collins*
Ryan J. Collins
Wright & Talisman, P.C.
1200 G Street N.W., Suite 600
Washington, D.C.  20005
(202) 393-1200

***Attorney for***
***PJM Interconnection, L.L.C.***