**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | |
|---|---|
| CONSTELLATION ENERGY GENERATION, LLC,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) **CASE NO. 25-2130**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, Michael F. Williams of the law firm Kirkland & Ellis LLP is hereby withdrawn as counsel of record for Petitioner in the above-captioned matter. Mr. Williams should be removed from the Court's service list with respect to this action. DLA Piper will continue to serve as counsel for Petitioner.

Dated: July 14, 2025

By: Respectfully submitted,
*/s/ Michael F. Williams*
Michael F. Williams, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5123
mwilliams@kirkland.com