# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| Constellation Energy Generation, LLC, | ) |
| | ) |
| *Petitioner*, | ) |
| | ) No. 25-2130 |
| v. | ) |
| | ) |
| Federal Energy Regulatory Commission, | ) |
| | ) |
| *Respondent.* | ) |

## UNOPPOSED MOTION OF RESPONDENT FEDERAL ENERGY REGULATORY COMMISSION TO HOLD CASE IN ABEYANCE

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Respondent Federal Energy Regulatory Commission (the "Commission") hereby moves the Court to hold this case in abeyance for a period of 90 days from the date of this motion, suspend the deadline for filing the certified index to the record, and set a date of October 14, 2025 for the parties to file further motions to govern.  Counsel for the Commission is authorized to state that Petitioner Constellation Energy Generation, LLC ("Constellation") does not oppose the relief requested.

Constellation's petition (filed June 13, 2025) seeks judicial review of *PJM Interconnection, L.L.C.*, Order Accepting Tariff Revisions Subject to Condition, 190 FERC ¶ 61,088 (Feb. 14, 2025) ("Initial Order"). Constellation filed a request for agency rehearing of the Initial Order, and the Commission gave notice that it intends to issue a further order on rehearing. *See* Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 191 FERC ¶ 62,035 (Apr. 14, 2025). The future order "may modify or set aside" the Initial Order "in whole or in part." *Id.* (citing 16 U.S.C. § 825*l*(a)). Thus, this proceeding is still ongoing before the Commission.

Abeyance will provide the Commission an opportunity to act on the pending request for rehearing, and will further judicial economy by providing the Court the benefit of the Commission's final resolution of the issues presented on appeal. In particular, suspending the due date for filing the Certified Index to the Record will allow the Commission to retain jurisdiction to address the pending request for agency rehearing and "to affirm, modify, or set aside [its] order[s] in whole or in part" before the Court assumes exclusive jurisdiction to do so. *See* 16 U.S.C. § 825*l*(b).

Accordingly, the Commission requests, without opposition, that the Court hold this case in abeyance for a period of 90 days from the date of this motion, suspend the deadline for filing the certified index to the record, and set a date of October 14, 2025 for the parties to file further motions to govern.

Respectfully submitted,

Robert H. Solomon
Solicitor

*/s/ Susanna Y. Chu*
Susanna Y. Chu
Senior Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, D.C. 20426
Tel.: (202) 502-8464
Email: Susanna.Chu@ferc.gov

July 16, 2025

# **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 349 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

I further certify that the foregoing document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word and 14-point Century Schoolbook font.

/s/ *Susanna Y. Chu*
Susanna Y. Chu

Federal Energy Regulatory Commission
888 First Street, NE
Washington, D.C. 20426
Tel.: (202) 502-8464
Email: Susanna.Chu@ferc.gov

July 16, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 16, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system.

*/s/ Susanna Y. Chu*
Susanna Y. Chu