UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2130**

Constellation Energy Generation LLC v. FERC

To:    Clerk

    1)    Unopposed Motion by Respondent to Hold Case in Abeyance

    The foregoing motion is granted. The case will be held in abeyance for a period of 90 days from the date of this order. Prior to the expiration of the stay, the parties may file a motion to further stay the proceedings provided the motion sets forth the status of the agency rehearing proceedings. If no motion to further stay is filed, Respondent must file the certified index the record within 14 days from the date of the expiration of the stay.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 22, 2025
Tmm/cc: All Counsel of Record