UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2130**

Constellation Energy Generation, LLC v. FERC

To:     Clerk

1) Unopposed Motion by Maryland Office of People's Counsel to Intervene Pursuant to Fed. R. App. P. 15(d) on behalf of Respondent

2) Motion by PJM Interconnection, L.L.C. to Intervene Pursuant to Fed. R. App. P. 15(d) on behalf of Respondent

3) Motion by New Jersey Division of Rate Counsel to Intervene Pursuant to Fed. R. App. P. 15(d) on behalf of Respondent

The foregoing motions are granted.  Maryland Office of People's Counsel, PJM Interconnection, L.L.C., and New Jersey Division of Rate Counsel shall file their briefs on the same day as Respondent.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: August 4, 2025
Tmm/cc: All Counsel of Record